UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>       v.<br><br>EFRAIN LOPEZ-ARELLANO,<br><br>                              Defendant. | CASE NO. 13-CR-2878 W<br><br>**ORDER DENYING MOTION FOR RETURN OF PROPERTY**<br>**[DOC. 41]** |

Pending before the Court is Defendant Efrain Lopez-Arellano's motion for the return of property under Federal Rule of Criminal Procedure 41(g). Defendant seeks the return of $1,400 in U.S. Currency, a 1998 Honda Accord and a cell phone (collectively, the "Property"). (*Mt.*, [Doc. 41], ¶ 3.) The Property was seized on July 11, 2013, when Defendant was arrested for importing cocaine into the United States. (*Id.*, ¶ 4; *Superseding Info.* [Doc. 16], 1:17–21.) Defendant contends that the Property is not contraband as defined by the Federal Rules of Criminal Procedure and, therefore, is not subject to forfeiture. (*Mt.*, ¶ 5.) The Court is not persuaded.

On August 26, 2013, Defendant pled guilty to a single count of violating 21 U.S.C. §§ 952 and 960. Before pleading guilty, Defendant signed a fast-track Plea Agreement on August 22, 2013. (*See Plea Agree.* [Doc. 20], p. 13.) Under the terms of the agreement, Defendant agreed to the "administrative and/or civil forfeiture of all properties seized in connection with this case which the defendant agrees are subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881." (*Id.*, § I.C.) Defendant further agreed to waive "his right to receive timely notice of administrative forfeiture as set forth in 18 U.S.C. § 983(a) and waives receipt of all notice of forfeiture in this and all other administrative and civil proceedings." (*Id.*)

Because the Property was "seized in connection with this case," Defendant is not entitled to return of the Property. Accordingly, Defendant's motion [Doc. 41] is **DENIED**.

**IT IS SO ORDERED.**

DATE: August 7, 2014

_____
Hon. Thomas J. Whelan
United States District Judge